UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>CMT ROOFING, LLC., <br><br>Defendant. | Case No. 4:22-cv-00047-JAR |

## JUDGMENT

Pursuant to the Memorandum and Order issued on this day and incorporated by reference herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that summary judgment is granted in favor of Plaintiffs and against Defendant CMT Roofing, LLC. Judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of **$754,891.86**.

Dated this 22nd day of April 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE