UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:22-cv-00047-JAR |
| v. | ) ) | |
| CMT ROOFING, LLC., | ) ) | Return Date: March 4, 2025 |
| Defendant. | ) ) | |

## AFFIDAVIT FOR GARNISHMENT

Comes now Janine M. Martin, Attorney for Plaintiffs, and upon her oath states the following:

1. Judgment was filed on April 22, 2024 for judgment creditors GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND et al., and against defendant, CMT ROOFING, LLC. in the amount of $754,891.86.

2. Defendant has paid $0 leaving a balance of $754,891.86.

3. I believe garnishee, S.M. WILSON & CO. may be indebted to the judgment debtor or have in its possession, control or custody property belonging to judgment debtor or in which judgment debtors have an interest.

I request that summons be issued and directed to the garnishee.

_____
JANINE M. MARTIN

Subscribed and sworn to before me this 4th day of December, 2024.

_____
Notary Public

My Commission expires: [Notary Seal: JAMIE BUCKLEY, COMMISSION EXPIRES 10-1-2027, #15999960, JEFFERSON COUNTY, NOTARY PUBLIC, STATE OF MISSOURI]

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


_____/s/ Janine M. Martin_____
JANINE M. MARTIN

Attorneys for Plaintiffs/Judgment Creditors