UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) | |
| Plaintiffs, ) | Case No. 4:22-cv-00047-JAR |
| v. ) ) | |
| CMT ROOFING, LLC., ) ) | Return Date: March 4, 2025 |
| Defendant. ) | |

## AFFIDAVIT FOR GARNISHMENT

Comes now Janine M. Martin, Attorney for Plaintiffs, and upon her oath states the following:

1. Judgment was filed on April 22, 2024 for judgment creditors GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND et al., and against defendant, CMT ROOFING, LLC. in the amount of $754,891.86.

2. Defendant has paid $0 leaving a balance of $754,891.86.

3. I believe garnishee, BADE ROOFING, INC. may be indebted to the judgment debtor or have in its possession, control or custody property belonging to judgment debtor or in which judgment debtors have an interest.

I request that summons be issued and directed to the garnishee.

_____
JANINE M. MARTIN

Subscribed and sworn to before me this 4th day of December, 2024.

_____
Notary Public

My Commission expires: 10-1-2027

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


       /s/ Janine M. Martin
JANINE M. MARTIN

Attorneys for Plaintiffs/Judgment Creditors