UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
)
      Plaintiffs, )     Case No. 4:22-cv-00047-JAR
)
v. )
)
CMT ROOFING, LLC., )
)
      Defendant. )

## MOTION FOR PAY-IN ORDER

Come now plaintiffs through counsel and request that the Court issue a Pay-In Order directing garnishee S.M. Wilson to deposit into the registry of the Court the amount of $157.700 pursuant to the garnishment interrogatory answer No. 2A filed by garnishee in this case.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


_____/s/ Janine M. Martin_____
JANINE M. MARTIN

Attorneys for Plaintiffs