UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) v. ) ) CMT ROOFING, LLC., ) ) Defendant. ) | Case No. 4:22-cv-00047-JAR |

TO:   S.M. WILSON & CO.
      2185 HAMPTON
      ST. LOUIS, MO 63139

**PAY-IN ORDER**

Pursuant to the garnishment interrogatory answers filed in this matter, you are hereby ordered to pay to the registry of the United States District Court for the Eastern District of Missouri the amount of $157,700.  Upon payment of this amount, you shall stand released from this garnishment and this amount shall be paid to plaintiffs.

SO ORDERED:

By:_____