UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., </br></br>Plaintiffs/Judgment Creditors, </br></br>v. </br></br>CMT ROOFING, LLC. </br></br>Defendant/Judgment Debtor, </br></br>And </br></br>BADE ROOFING, INC. </br>3806 LEMAY FERRY ROAD </br>ST. LOUIS, MO 63125 | ) </br>) </br>) </br>) </br>) </br>) No. 4:22-cv-00047-JAR </br>) </br>) </br>) Return Date: March 4, 2025 </br>) </br>) </br>) |

TO:   Bade Roofing, Inc.
      3806 Lemay Ferry Road
      St. Louis, MO 63125

Note:  This garnishment is directed to any and all property belonging to and assets of Defendants and Judgment Debtors **CMT ROOFING, LLC.**, including but not limited to any and all depository accounts held in the name of or for the benefit of Defendants and Judgment Debtors, any income or debts due to said Defendants and Judgment Debtors individually or jointly with any other person or entity, which is in your custody and control, and which is subject to garnishment and any and all depository accounts held in the name of or for the benefit of Defendant and Judgment Debtor, regarding work CMT Roofing, LLC. performed for BADE ROOFING, INC.

INSTRUCTIONS:   You are to answer the interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the **ORIGINAL** TO:



EXHIBIT 1

Clerk, United States District Court
111 South 10th Street
St. Louis, Missouri 63102

and a <u>COPY</u> to the attorney for the Judgment Creditors listed below:

Janine M. Martin
HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, Missouri 63131

Come now plaintiffs pursuant to Rule 69 of the Federal Rules of Civil Procedure and 735 ILCS 5/12 *et seq.*, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

## GARNISHMENT INTERROGATORIES

1.    At the time you were summoned as garnishee had you, or have you since that time had, or have you now, in your possession, custody or charge, or under your control, any goods, chattels, property, monies, credits or effects belonging to Defendants and Judgment Debtors **CMT ROOFING, LLC.**

ANSWER: *THIS ONE NO*

A.    If your answer to Interrogatory No. 1 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

ANSWER:

2

3. At said time, were you, or have you since become, or are you now, bound in any contract to pay Defendants and Judgment Debtors money which is not yet due?

**ANSWER:** Yes

A. If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

**ANSWER:**

$16,862.50 will be sometime in 2025, Retention for a job
$4,775.00 same as above
$25,550.00 same as above

4

4. At any time since you were summoned as garnishee, has CMT ROOFING, LLC. been employed by you?

ANSWER: *NO*

A. If so, state weekly salary, wages, commissions, bonuses, and other compensation for each week between the date you were served this Summons To Garnishee.

ANSWER: *N/A*

5. Please state what amount, if any, you have withheld from the wages, salary, commissions, bonuses, or other compensation pursuant to this garnishment, specifically any amount withheld for this garnishment, since you were served with this garnishment.

ANSWER: *NONE*

6. Please state the **net amount**, if any, due to **CMT ROOFING, LLC.** in the form of wages, salary, commissions, bonuses, or other compensation between the date you were served with this Summons to Garnishee.

*$47,187.50 (retention on a project noted on page 4)*

5

ANSWER:

                        HAMMOND AND SHINNERS, P.C.
                        13205 Manchester Road, Suite 210
                        St. Louis, Missouri 63131
                        Phone: (314) 727-1015
                        Fax:   (314) 727-6804

                        _/s/ Janine M. Martin_
                        JANINE M. MARTIN
                        Attorneys for Plaintiffs/Judgment Creditors