UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

GREATER ST. LOUIS CONSTRUCTION )
LABORERS WELFARE FUND, et al., )
                                      )
            Plaintiffs,               )     Case No. 4:22-cv-00047-JAR
                                      )
v.                                    )
                                      )
CMT ROOFING, LLC.,                    )
                                      )
            Defendant.                )

TO:   BADE ROOFING, INC.
      3806 LEMAY FERRY ROAD
      ST. LOUIS, MO 63125

## **PAY-IN ORDER**

Pursuant to the garnishment interrogatory answers filed in
this matter, you are hereby ordered to pay to the registry of
the United States District Court for the Eastern District of
Missouri the amount of $47,187.50. Upon payment of this amount,
you shall stand released from this garnishment and this amount
shall be paid to plaintiffs.

SO ORDERED:

By: _____