RECEIVED
NOV 03 2025
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., <br><br> Plaintiffs/Judgment Creditor, <br><br> v. <br><br> CMT ROOFING, LLC, <br><br> Defendant/Judgment Debtor, <br><br> BADE ROOFING, LLC, <br><br> Garnishee. | No. 4:22-cv-00047-JAR <br><br> Return Date: March 4, 2025 |

## GARNIISHEE BADE ROOFING, LLC' AMENDED ANSWERS TO GARNISHMENT INTERROGATORIES

These Amended Answers to Garnishment Interrogatories amend and update our prior answers provided for this matter.

1. At the time you were summoned as garnishee had you, or have you since that time had, or have you now in your possession, custody, or charge, or under your control, any goods, chattels, monies, credits or effects belonging to Defendant and Judgment Debtor, CMT ROOFING, LLC? If your answer to Interrogatory No. 1 above is in the affirmative, state what they were or are, how much and their value, and how they came into your possession, custody, control or charge.

   **ANSWER:** Yes. See answer to interrogatory 2 for details.

2. At said time, were you, or have you since become, or are you now in any way, indebted to the Defendant and Judgment Debtor? If your answer to Interrogatory No. 2 is in the affirmative, state in what amount and describe in detail any instrument or writing evidencing you are so indebted.

   **ANSWER:** Yes. We have three projects where the Judgment Debtor has performed for us, and as in October, 2025 now that we have received payment from the Owner for such projects, we are now indebted in the amounts stated below to the Judgment Debtor:

   **Cervantes, Ben Hur: $16,862.50**

Cervantes, Ben Hur: $ 4,775.00

Cervantes, Ben Hur: $ 25,550.00

Total due Judgment Debtor: $47,187.50. Payment is being made of the $47,187.50 contemporaneously with the service of these amended interrogatory answers.

We did not previously owe the Judgment Debtor any of the above monies until such time as we received payment from the Owner (Ben Hur) for same.

Our contract with the Judgment Debtor includes this provision: "Bade may withhold or deduct amounts otherwise due under this Subcontract Agreement or any other contractual arrangement between the parties to cover Bade's reasonable estimate of any costs or liability Bade has incurred or may incur for which the Subcontractor may be responsible per the terms of this Subcontract Agreement."

3. At said time. were you, or have you since become, or are you now, bound in any contract to pay the Defendant and Judgment Debtor money which is not yet due? If your answer to Interrogatory No. 3 above is in the affirmative, state the nature of such contract, the amount of money to be paid thereunder and when the same was or is to become due and payable.

ANSWER: See Answer to Interrogatory 2, incorporated by reference.

We also had a number of other contracts that were executed, but the Judgment Debtor did not take any action in furtherance of its obligations regarding performance of such contracts, and we are not bound to pay anything to the Judgment Debtor respecting such contracts.

We have since terminated the Judgment Debtor from all other contracts.

4. At any time since you were summoned as garnishee, has CMT ROOFING, LLC been employed by you?

ANSWER: No.

5. Please state what amount, if any, you have withheld from the wages, salary, commissions, bonuses, or other compensation pursuant to this garnishment, specifically any amount withheld for this garnishment, since you were served with this garnishment.

ANSWER: None.

6. Please state the net amount, if any, due to CMT Roofing, LLC in the form of wages, salary, commissions, bonuses, or other compensation between the date you were served with this Summons and now to Garnishee.

**ANSWER:** None.

## VERIFICATION

Comes now Matt Bade and after first being duly sworn upon his oath, deposes and states that the foregoing answer to interrogatories are true and correct to the best of his knowledge, information and belief.

_____

STATE OF MISSOURI )
) SS
ST. LOUIS COUNTY )

Subscribed and sworn to before me, a notary public, this 29th day of October, 2025.

_____
Notary Public

My Commission Expires: January 28, 2029

SOMER C. SEXTON
Notary Public - Notary Seal
Jefferson County - State of Missouri
Commission Number 13410660
My Commission Expires Jan 28, 2029




**BADE**ROOFING INC

3806 Lemay Ferry Rd    St. Louis, MO 63125

**RECEIVED**
NOV 03 2025
**BY MAIL**

CERTIFIED MAIL

9589 0710 5270 3127 4213 80

Retail
RDC 99
63102

Clerk, United States District Court
111 South 10th Street
St. Louis MO 63102

63102-112599